UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDERY HERRERA,

           Plaintiff,

- against -

JOHN CARROLL UNIVERSITY,

           Defendant.

---

24-cv-8638 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **February 14, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
            November 15, 2024

                                                  John G. Koeltl
                                        United States District Judge